## SPRAY v. SCOTT.

1. **Practice:** EXCEPTION TO INSTRUCTIONS. A general exception to all the instructions given to the jury, does not raise any question for the consideration of the Supreme Court unless all of the instructions are erroneous.

*Appeal from Warren District Court.*

FRIDAY, JUNE 15.

THE material fact is stated in the opinion.

*Maxwell* for the appellant.

*McNiel* for the appellee.

WRIGHT, J.—This case grew out of a contract for keeping sheep. Plaintiff claims damages for improper care of said sheep on part of defendant, whereby, &c.

1. PRAC-
TICE: excep-
tion to
instructions.

Defendant denies all negligence, avers fraud on part of plaintiff, and claims a set-off, &c. Twenty-five instructions were given by the court, some nine or ten of which are claimed to be erroneous by plaintiff, who prosecutes this appeal. There were no exceptions noted to the instructions, and it only appears at the conclusion of the bill of exceptions that plaintiff claimed they were erroneous, "and to the giving of which he objected and excepted at the proper time, and now asks that this his bill of exceptions be signed, &c."

This method of excepting, where it is not pretended that all of the instructions were erroneous, raises no question for our review. This has been frequently settled by the prior adjudications of this court. *Wilhelmi* v. *Leonard,* 13 Iowa, 330; *The Davenport Gas Light and Coke Company* v. *The City of Davenport,* Id., 229; *Brown* v. *Jefferson County,* 16 Id., 339; *Shephard* v. *Brenton, ante,* and cases there cited.

Affirmed.